```
               UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                     HOUSTON DIVISION
```

| | |
|---|---|
| Estate of Jordan Baker, § | |
| § | |
| § | |
| Plaintiff § | |
| § | |
| V. § | |
| § | CA-H-15-3495 |
| Juventino Castro, et al § | |
| | |
| Defendants | |

## NOTICE OF SETTING HEARING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

PLACE:      BOB CASEY FEDERAL BUILDING
            515 RUSK
            HOUSTON, TEXAS 77002
            COURTROOM 700, 7TH FLOOR

**DATE**:   March 1, 2018

TIME:       **10:00 A.M.**

TYPE OF PROCEEDING: Motion Hearing.
                    Motion for Objections to Subpoena Duces
                    Tecum Notice #105

**OUT OF TOWN COUNSEL MAY APPEAR BY TELEPHONE. PLEASE CALL 1-857-216-6700, CONFERENCE CODE: 803530.**


NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE                    DATE:02.26.2018


/S/ Shannon Jones
(BY) DEPUTY CLERK
TO: ALL PARTIES OF RECORD