United States District Court
Southern District of Texas
**ENTERED**
March 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ESTATE OF JORDAN BAKER, by And through administrator, JANET BAKER<br>　　　Plaintiff,<br><br>vs.<br><br>JUVENTINO CASTRO, AND THE CITY OF HOUSTON,<br>　　　Defendants. | § § § § § § § § § § § | Civil Case No. 4:15-cv-003495 |

### ORDER

On this day came on to be heard the Joint Motion for Extension of Deadlines for Motion Responses and Replies filed by Plaintiff, Estate of Jordan Baker, by and through Administrator, Janet Baker, and Defendants City of Houston and Juventino Castro. The Court, having considered the motion, finds that such motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGE AND DECREED that deadline to file responses and/or replies to the above referenced motions as follows:

  (a)  All responses to motions (dispositive or *Daubert*): May 4, 2018

  (b)  All replies to motions (dispositive or *Daubert*):  May 18, 2018.

SIGNED AND ORDERED this the ___15___ day of March, 2018.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
       Magistrate

1