IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESTATE OF JORDAN BAKER, by and through Administrator, JANET BAKER, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-15-3495 |
| JUVENTINO CASTRO, THE CITY OF HOUSTON, RPI MANAGEMENT COMPANY, LLC, and RPI INTERESTS I, LTD., | § § § § § | |
| Defendants. | § § | |

## ORDER

Having carefully reviewed the Magistrate Judge's August 31, 2018, Memorandum and Recommendation (Docket Entry No. 177), the objections thereto, and the response to the objections, the court concludes that the Memorandum and Recommendation should be adopted by this court. It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court.

The Joint Pretrial Order will be filed by November 2, 2018. Motions in limine will be filed by November 9, 2018. Responses to motions in limine will be filed by November 30, 2018. Docket call will be held on December 14, 2018, at 3:00 p.m., in Courtroom 9-B, 9th Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002.

**SIGNED** at Houston, Texas, on this 2nd day of October, 2018.

SIM LAKE
UNITED STATES DISTRICT JUDGE