United States District Court
Southern District of Texas
**ENTERED**
December 14, 2018
David J. Bradley, Clerk

Cause Number   H-15-3495

Style  Estate of Jordan Baker   v.   Juventino Castro

Appearances:
Counsel:                                  Representing:

David Owens                               Plaintiff

J. Callan, S. Chauvin, and                Defendant
L. Anderson


Date:    December 14, 2018              Reporter:    M. Malone
                                        Law Clerk:   J. West
Time:        /      a.m.
         3:00/3:30  p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

 Jury trial is set for April 15, 2019, at 1:00 p.m.

 A final pretrial conference will be held on April 11, 2019, at
 1:00 p.m.

 A settlement conference will be conducted by Magistrate Judge
 Palermo on April 12, 2019, at 9:00 a.m.

 The parties will submit a proposed jury questionnaire by March 27,
 2019.


The Clerk will file the Minutes and Order and provide copies to the parties.

                                        Sim Lake
Page 1 of 2.                            United States District Judge

Cause Number   H-15-3495

Style  Estate of Jordan Baker  v.  Juventino Castro

Appearances:

| Counsel: | Representing: |
|---|---|
| David Owens | Plaintiff |
| J. Callan, S. Chauvin, and L. Anderson | Defendant |

Date:     December 14, 2018          Reporter:    M. Malone
                                     Law Clerk:   J. West

Time:     ____/____ a.m.
          3:00/3:30 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

The parties shall submit a joint proposed jury charge following the court's procedures, in WordPerfect format on a compact disk by April 4, 2019.

No additional motions in limini will be allowed for the reasons stated on the record.

By April 8, 2019, the court's case manager will provide counsel the court's schedule for the week of April 15, 2019.

The Clerk will file the Minutes and Order and provide copies to the parties.

                                          Sim Lake
Page 2 of 2.                    United States District Judge