United States District Court
Southern District of Texas
**ENTERED**
December 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESTATE OF JORDAN BAKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | 4:15-CV-3495 |
| | § | |
| JUVENTINO CASTRO, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

### ORDER FOR PRE-MEDIATION CONFERENCE CALL

The Court will hold a pre-mediation conference call with lead attorneys (no clients) on December 19, 2018 at 3:00 pm. The purpose of the call is to discuss the mediation process and preparation. Subsequent calls may be scheduled with counsel on an individual basis, if any party desires to speak to Judge Palermo *ex parte* in advance of the mediation.

Each party is to call independently of each other. The call may be placed to 1-712-770-8004. The conference code is 839651.

Court Procedures: Information on the Court's practices and procedures and how to reach Court personnel may be obtained at the Clerk's website at www.txs.uscourts.gov or from the intake desk of the Clerk's office.

Dated:                                              _Dena Palermo_
                                                    **DENA HANOVICE PALERMO**
                                                    **UNITED STATES MAGISTRATE JUDGE**