N THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                              HOUSTON DIVISION

| | | |
|---|---|---|
| **Estate of Jordan Baker,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-15-3495** |
| | § | |
| **Juventino Castro, et al,** | § | |
|     **Defendants.** | § | |

## NOTICE OF CANCELLATION

On March 27, 2019, it was announced that the partes reached a settlement. The Final Pretrial Conference set for April 11, 2019 at 1:00 PM and the Jury Trial set for April 15, 2019 at 1:00 PM are **CANCELLED**.

Date: March 28, 2019            Andrew Boyd
                                Case Manager to Judge Sim Lake
                                Post Office Box 61010
                                Houston, Texas 77208
                                (713)250-5514