# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED

*June 27, 2019*

David J. Bradley, Clerk of Court

*4:15 CV 3495*

No. 18-20699

ESTATE OF JORDAN BAKER,

 Plaintiff - Appellee

**A True Copy**
**Certified order issued Jun 27, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

v.

JUVENTINO CASTRO,

 Defendant - Appellant

_____

Appeal from the United States District Court
for the Southern District of Texas

_____

O R D E R :

 ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

 LYLE W. CAYCE, CLERK
 United States Court of Appeals
 for the Fifth Circuit
 /s/ Lyle W. Cayce

 ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 27, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 18-20699   Estate of Jordan Baker v. Juventino Castro
               USDC No. 4:15-CV-3495

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

               Sincerely,

               LYLE W. CAYCE, Clerk

               *Christina Gardner*

               By:
               Christina A. Gardner, Deputy Clerk
               504-310-7684

cc w/encl:
    Mr. James Carroll Butt
    Ms. Jennifer Farleo Callan
    Ms. Suzanne Reddell Chauvin
    Mr. Robert William Higgason
    Mr. Arthur Loevy
    Mr. David B. Owens