Case 4:15-cv-03495   Document 301   Filed on 12/04/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESTATE OF JORDAN BAKER, by and Through administrator JANET BAKER, JANET BAKER, individually, and J.B., a minor,<br>    Plaintiffs,<br><br>v.<br><br>JUVENTINO CASTRO, THE CITY OF HOUSTON, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§  Civil Cause No. 4:15-cv-3495<br>§<br>§<br>§<br>§<br>§ |

## ORDER ON MOTION FOR ENTRY OF JUDGMENT

On this the ____ day of _____, 2019, the Court considered Plaintiffs, ESTATE OF JORDAN BAKER, by and through administrator JANET BAKER, JANET BAKER, individually and as next friend of J.B, and J.B., a minor, and Defendants CITY OF HOUSTON and JUVENTINO CASTRO'S Agreed Motion for Entry of Judgment. After reviewing said motion, and after considering the Court's file, the Court finds that said motion has merit and should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the parties Agreed Motion for Entry of Judgment should be GRANTED in its entirety and that the proposed agreed judgment attached as Exhibit "A" to said motion be entered by the Clerk.

SIGNED this the **4th** day of **December**, 2019.

_____
Sim Lake
U.S. District Judge