United States District Court
Southern District of Texas
**ENTERED**
December 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESTATE OF JORDAN BAKER, by and Through administrator JANET BAKER, JANET BAKER, individually, and J.B., a minor,<br>　　　Plaintiffs,<br><br>v.<br><br>JUVENTINO CASTRO, THE CITY OF HOUSTON, *et al.*,<br>　　　Defendants. | §§§§§§§§§§§ | Civil Cause No. 4:15-cv-3495 |

## AGREED JUDGMENT

On the _____ day of _____, 2019, Plaintiffs, JANET BAKER, individually, as administrator of the ESTATE OF JORDAN BAKER, Deceased, and next friend of J.B. a minor, J.B., a minor, by and through his court-appointed guardian *ad litem,* Allyson Brupbacher, and Defendants, CITY OF HOUSTON and JUVENTINO CASTRO, announced that all matters in controversy, have been compromised and settled.

Such agreement having been made known to the Court, the Court considered the evidence presented and is of the opinion that the agreement to compromise and settle all claims, demands, and causes of action asserted herein is reasonable, fair and just, and that the settlement agreement is in the best interest of the minor Plaintiff and is hereby APPROVED.

IT IS THEREFORE, ORDERED, that

(a) This Court takes judicial notice of the approval of the settlement amount by Probate Court Number One of Harris County, Texas in which the administration of the Estate of Jordan Baker, Deceased, is pending under Cause Number 442, 817;

(b) This Court independently finds and accepts the report of the guardian *ad litem*, Allyson Brupbacher, that the settlement is in the best interest of J.B., a minor;

(c) The allocation of the settlement sum will be made in accordance with the allocation agreement between Janet Baker and the guardian *ad litem*; which has been submitted, accepted, and approved by the Court.

IT IS FURTHER ORDERED that upon payment by the Defendants of the settlement sum, this Judgment will be fully and finally paid, satisfied, and discharged in full. Should the City of Houston fail to approve or pay the settlement sum, Plaintiffs shall be entitled to re-open these proceedings pursuant to the Order of this Court and Federal Rule of Civil Procedure 60

Upon agreement of the parties hereto, the Court costs herein are taxed against the party that incurred them. This Court finds that the services of the court-appointed guardian ad litem, Allyson Brupbacher, were proper and necessary in this case and awards her a fee of $1,923.75, which is to be paid by Defendants City of Houston and Juventino Castro.

It is further ORDERED by the Court that any and all relief sought by any of the parties hereto but not herein specifically granted, be and is hereby DENIED.

This is a final judgment.

SIGNED this the 4th day of December, 2019.

_____
Sim Lake
U.S. District Judge

AS TO FORM AND SUBSTANCE:

*/s/ Allyson Brupbacher* (with permission)
Allyson Brupbacher
Guardian *Ad litem* for Plaintiff, J.B, a minor.


*/s/ David B. Owens* (with permission)
David B. Owens
Attorneys for Plaintiff Janet Baker,
Individually and as Administrator of
the Estate of Jordan Baker, Deceased.


*/s/ Jennifer F. Callan*
Jennifer F. Callan
Attorney for Defendants City of Houston
and Juventino Castro